Mattis v. Connolly.

ROSS R. MATTIS, TRUSTEE, ET AL., APPELLEES, V. JOHN CONNOLLY ET AL., APPELLEES, IMPLEADED WITH G. M. STECKMAN ET AL., APPELLANTS.

FILED JUNE 22, 1895.    No. 6442.

Bill of Exceptions: ALLOWANCE BY CLERK: REVIEW. In this case there are discussed only questions of fact, and as the bill of exceptions was settled by the clerk of the district court without any agreement upon it, these questions cannot be considered.

APPEAL from the district court of Pawnee county. Heard below before BUSH, J.

H. C. Lindsay, Humphrey & Raper, and Story & Story, for appellants.

*W. W. Giffen, G. E. Becker,* and *J. J. Baker, contra.*

RYAN, C.

In this case the bill of exceptions was signed by the clerk upon a stipulation that he should settle and allow it. There was, however, no agreement upon the bill of exceptions, and following *Scott v. Spencer,* 42 Neb., 637, we cannot treat it as such. We find that the briefs of counsel, upon which, without oral argument, this cause was submitted, discuss only questions of fact. These we cannot advisedly consider, and the judgment of the district court is

AFFIRMED.